```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :
                                      16 Cr. (ALC)
GORDON JOHNSTON,                    :
                                    :
                Defendant.          :
- - - - - - - - - - - - - - - - - - x
```

**16 CRIM 406**

SEALED ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/16

WHEREAS, an application has been made by the United States of America, with the consent of the defendant, for the sealing of (a) the transcript of the defendant's guilty plea proceeding; (b) the Information to which the defendant pleaded guilty; (c) the defendant's plea agreement; (d) the temporary sealing of all docket entries associated with the defendant's guilty plea, including notifications of docket entries over the ECF system; and (e) the temporary delay of any further docket entries in the above-captioned case, including notifications of docket entries over the ECF system; and

WHEREAS, the Court finds that active law enforcement investigations may be compromised if the Government's application is not granted;

IT IS HEREBY ORDERED that the transcript of the defendant's guilty plea proceeding, the Information to which the defendant pleaded guilty, the plea agreement between the defendant and the Government, all docket entries associated with

the defendant's guilty plea, this Order, and the Government's application for this Order, shall be sealed and, if applicable, retracted and withdrawn from the ECF system; and

IT IS FURTHER ORDERED that no docket entries shall be made in the above-captioned matter until further order by this Court;

IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the transcript of the proceedings without further Order of the Court; and

IT IS FINALLY ORDERED that the Government shall report to the Court on or before one month after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

SO ORDERED:

Dated:   New York, New York
         June 13, 2016

                          _____
                          THE HONORABLE JAMES C. FRANCIS IV
                          UNITED STATES MAGISTRATE JUDGE
                          SOUTHERN DISTRICT OF NEW YORK